959 A.2d 906

Lydia M. RODRIGUEZ, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW, Respondent.

Supreme Court of Pennsylvania.

Oct. 28, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of October, 2008, the Petition for Allowance of Appeal is **GRANTED,** and, because the evidence of record does not, as a matter of law, establish Petitioner committed an act of willful misconduct such that a denial of unemployment benefits was proper under Section 402(e) of the Unemployment Compensation Law, the order of the Commonwealth Court affirming the denial of unemployment benefits is hereby reversed. *See Grieb v. Unemployment Compensation Board of Review,* 573 Pa. 594, 827 A.2d 422 (2003) (an employee's inadvertent violation of employer's work rule does not constitute willful misconduct which would result in a denial of benefits to the employee under Section 402(e) of the Unemployment Compensation Law); *Navickas v. Unemployment Compensation Board of Review,* 567 Pa. 298, 787 A.2d 284 (2001) (same).